STEVEN L. DERBY, ESQ. (SBN 148372)
ANTHONY E. GOLDSMITH, ESQ. (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367
Telephone: (818) 213- 2761
Facsimile: (310) 455- 2968
E-mail: info@dmglawfirm.com

Attorneys for Plaintiff
ELLEN STOHL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOHL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAGIC MOUNTAIN, LLC, *a California Limited Liability Company* and DOES 1-20, Inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-01003-PA-KES<br><br>Civil Rights<br><br><br>**ORDER RE JOINT STIPULATION TO DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANT MAGIC MOUNTAIN, LLC AND [PROPOSED] ORDER THEREON** |

///

///

## STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**

Dated: May 30, 2019

DERBY, McGUINNESS & GOLDSMITH, LLP

By  /s/ Steven L. Derby

Steven L. Derby
Attorneys for Plaintiff
ELLEN STOHL

Dated:  5/30/2019

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By  /s/ Hayley S. Grunvald

Hayley S. Grunvald
Attorney for Defendant
MAGIC MOUNTAIN, LLC

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on May 30, 2018, I, Steven L. Derby, attorney with Derby McGuinness Goldsmith, LLP received the concurrence of counsel Hayley S. Grunvald in the filing of this document.

                                                  /s/ *Steven L. Derby*

                                                  Steven L. Derby, Esq.
                                                  DERBY McGUINNESS, GOLDSMITH, LLP

**ORDER**

Upon mutual agreement of the parties, all claims against Defendant MAGIC MOUNTAIN, LLC are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses.

Date: May 31, 2019

_____
Honorable Percy Anderson
United States District Judge

JOINT STIPULATION TO DISMISS AND [PROPOSED] ORDER